Hugh WINGARD v. STATE. (4 Div. 898.) (Court of Appeals of Alabama. Feb. 5, 1924.)

Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge.

FOSTER, J. Appeal dismissed.